# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HAROLD FRIED, JR.

VERSUS

YARBROUGH ENTERPRISES, LLC
INDIVIDUALLY AND ON BEHALF
OF ZACHARY AUTOPLEX

NO. 2025 CW 1136

**JANUARY 9, 2026**

---

In Re:    Harold Fried, Jr., applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          750111.

---

BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.

**WRIT NOT CONSIDERED.** This writ application failed to include a copy of each pleading on which the judgment was founded, including the attachments to the motion for new trial, a copy of any opposition and attachments thereto filed by a party in the trial court, and the notice of intent, in violation of Rule 4-5(C)(8), (9) and (11) of the Uniform Rules of Louisiana Courts of Appeal. In addition, this court requires a copy of the pertinent hearing transcript for the motion for new trial and a copy of all evidence admitted at the hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before February 9, 2026, and must contain a copy of this ruling.

                    SMM
                    BDE
                    WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT